■ James D. Keleher, Appellant, v American Airlines, Inc., Respondent. (Appeal No. 2.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the following memorandum: Special Term correctly held that plaintiff was not entitled to the declarations sought (see *Matter of Keleher v American Airlines,* 91 AD2d 866). The proper procedure, however, is a judgment declaring the rights of the parties rather than a dismissal of the action (see *Lanza v Wagner,* 11 NY2d 317; *Miller v Braun,* 89 AD2d 787). Therefore, the third ordering paragraph of the order appealed from is modified to provide that plaintiff is not entitled to the declaration requested. (Appeal from order of Supreme Court, Erie County, J. L. Kane, J. — declaratory judgment.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.

■ State Division of Human Rights, on Complaint of Patricia Appleby, Petitioner, v GAB Business Services, Respondent. — Determination unanimously confirmed, without costs, and petition dismissed (see *State Div. of Human Rights v New York State Drug Abuse Control Comm.,* 59 AD2d 332). (Proceeding pursuant to Executive Law, § 298.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.